1  McGREGOR W. SCOTT
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2766
   Facsimile: (916) 554-2900
5  Email: todd.pickles@usdoj.gov

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ANTOINETTE LYDEN, and BENJAMIN          Case No. 2:07-cv-01215-WBS-EFB
    LYDEN,
12
            Plaintiffs,                     **STIPULATION TO CONTINUE
13                                          DISCOVERY DATES AND DISPOSITIVE
    v.                                      MOTION CUT-OFF**
14
    UNITED STATES OF AMERICA
15
            Defendant.
16

17

18        Defendant the United States of America and Plaintiffs Antoinette Lyden and Benjamin Lyden,

19  through their respective counsel, hereby submit the following stipulation to continue discovery dates.

20                                       **Recitals**

21        1.      On July 26, 2007, this Court's Status (Pre-trial Scheduling) Order set the following

22  dates for the completion of discovery, including expert discovery, dispositive motions, and trial:

23                  Plaintiffs' Expert Disclosures:      February 29, 2008

24                  Defendant's Expert Disclosures:      March 31, 2008

25                  Discovery Cut off:                   April 30, 2008

26                  Dispositive Motions:                 May 30, 2008

27                  Pre-Trial Conference:                     August 25, 2008

28                  Trial                                October 21, 2008

                                            1

2.     To date, the parties have exchanged written discovery and have taken the depositions of approximately nine fact witnesses.  The parties anticipating deposing additional fact witnesses.

3.     Due to the unavailability of certain fact witnesses and the availability of counsel, the parties believe it is unlikely that all of the fact witnesses will be deposed before Plaintiffs' expert disclosures set for February 29, 2008.

3.     The parties believe it will conserve time and resources, and is otherwise in the interests of justice, to complete as many fact depositions as possible prior to expert disclosures.

**Stipulation**

Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

1.     The date for **Plaintiffs' Expert Disclosures** shall be continued from February 29, 2008, to **March 31, 2008**;

2.     The date for **Defendant's Expert Disclosures** shall be continued from March 31, 2008to **April 30, 2008**;

3.     The date for **completion of all discovery** shall be continued from April 30, 2008 to **May 30, 2008**;

4.     The last date to **file dispositive motions** shall be continued from May 30, 2008 to **June 30, 2008.**  Any dispositive motions filed shall be noticed for a hearing before the Court at the date and time set by the Court; and

5.     All remaining pretrial dates shall remain as set by the Court in its July 26, 2007 Status (Pre-trial Scheduling) Order.

1   IT IS SO STIPULATED.

2   DATED: February 20, 2008                McGREGOR W. SCOTT
                                            United States Attorney
3

4                                   By      _/s/ Todd Pickles_

5                                           TODD A. PICKLES
                                            Assistant United States Attorney
                                            Attorneys for Defendant
6                                           the United States of America

7

8   DATED: February 20, 2007                RAWLS & McNELIS PC

9
                                    By      _/s/ Joseph Callahan_
10
                                            JOSEPH CALLAHAN
11                                          Attorneys for Plaintiffs
                                            Mark and Lillian Belland

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**ORDER**

Having read and considered the parties' Stipulation to Continue Discovery Dates and Dispositive Motion Cut-Off, and for good cause showing, IT IS HEREBY ORDERED THAT:

1.      The dates for completion of discovery, including expert discovery, shall be **CONTINUED** to the dates set forth above; and

2.      The date for filing dispositive motions shall be **CONTINUED** to the date set forth above.

3.      All remaining pretrial dates set by this Court's July 26, 2007 Status (Pre-trial Scheduling Order) shall remain **UNCHANGED**.

IT IS SO ORDERED.


Date:   February 21, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE