McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900
Email: todd.pickles@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE LYDEN, and BENJAMIN LYDEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 2:07-cv-01215-WBS-EFB<br><br>**STIPULATION TO CONTINUE DISCOVERY COMPLETION DATE AND DISPOSITIVE MOTION CUT-OFF** |

Defendant the United States of America and Plaintiffs Antoinette Lyden and Benjamin Lyden, through their respective counsel, hereby submit the following stipulation to continue discovery dates.

**<u>Recitals</u>**

1. On July 26, 2007, this Court's Status (Pre-trial Scheduling) Order set the following dates for the completion of discovery, including expert discovery, dispositive motions, and trial:

| | |
|---|---|
| Plaintiffs' Expert Disclosures: | February 29, 2008 |
| Defendant's Expert Disclosures: | March 31, 2008 |
| Discovery Cut off: | April 30, 2008 |
| Dispositive Motions: | May 30, 2008 |
| Pre-Trial Conference: | August 25, 2008 |
| Trial | October 21, 2008 |

1

2.      By order of the Court on February 22, 2008 (Docket No. 16), the Court amended the discovery deadlines to extend those dates and the dispositive motion cut-off date by one month. The remaining pretrial and trial dates were not altered.

3.      Pursuant to the amended pretrial schedule, on March 31, 2008, Plaintiffs disclosed their expert witnesses under Rule 26(a)(2). The United States' disclosures are due on April 30, 2008. The deadline for completion of discovery is May 30, 2008.

4.      Counsel for the United States will be assisting in a criminal trial set to begin on May 6, 2008. The trial is likely to last slightly over one calendar week. Counsel will be substantially engaged in preparation for trial in the weeks leading up to May 6, 2008.

5.      Additionally, based upon the location of the experts disclosed by Plaintiffs, as well as those to be disclosed by the United States, it is anticipated that the parties will need to engage in significant travel to complete expert depositions.

6.      Due to the unavailability of counsel for the United States, and the significant travel necessary for expert depositions, the parties believe that discovery may not be able to be completed by May 30, 2006. The parties believe it is in the interests of justice to complete discovery prior to any trial in this matter.

**Stipulation**

Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

1.      The date for **completion of all discovery** shall be continued from May 30, 2008 to **June, 30, 2008**;

4.      The last date to **file dispositive motions** shall be continued from June 30, 2008 to **July 30, 2008**. Any dispositive motions filed shall be noticed for a hearing before the Court at the date and time set by the Court; and

5.      All remaining pretrial dates shall remain as set by the Court in its July 26, 2007 Status (Pre-trial Scheduling) Order.

1  IT IS SO STIPULATED.

2  DATED: April 16, 2008                    McGREGOR W. SCOTT
                                            United States Attorney

4                                 By     */s/ Todd Pickles*
                                            TODD A. PICKLES
5                                           Assistant United States Attorney
                                            Attorneys for Defendant
6                                           the United States of America

8  DATED: April 16, 2008                    RAWLS & McNELIS PC

10                                By     */s/ Joseph Callahan*
                                            JOSEPH CALLAHAN
11                                          Attorneys for Plaintiffs
                                            Mark and Lillian Belland

3

**ORDER**

Having read and considered the parties' Stipulation to Continue Discovery Completion Date and Dispositive Motion Cut-Off, and for good cause showing, IT IS HEREBY ORDERED THAT:

1. The dates for completion of discovery, including expert discovery, shall be **CONTINUED** to the dates set forth above; and

2. The date for filing dispositive motions shall be **CONTINUED** to the date set forth above.

3. All remaining pretrial dates set by this Court's July 26, 2007 Status (Pre-trial Scheduling Order) shall remain **UNCHANGED**.

IT IS SO ORDERED.

Date: April 16, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE