McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900
Email: todd.pickles@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE LYDEN, and BENJAMIN LYDEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 2:07-cv-01215-WBS-EFB<br><br>**STIPULATION REGARDING TIMELINESS OF PARTIES' EXPERT DISCLOSURES AND DISCOVERY** |

Defendant the United States of America and Plaintiffs Antoinette Lyden and Benjamin Lyden, through their respective counsel, hereby submit the following stipulation to continue discovery dates.

**Recitals**

1. By orders of this Court, Plaintiffs' expert disclosures were due on March 31, 2008, the expert disclosures of the United States were due on April 30, 2008, and all discovery was to have concluded by June 30, 2008.

2. On March 31, 2008, Plaintiffs served their Disclosures Pursuant to Rule 26(a)(2), including reserving the right to rely upon opinion testimony of unidentified treating physicians at trial.

3. On April 1, 2008, the United States objected to Plaintiffs' reservation of right to rely upon opinion testimony of any unidentified treating physicians as improper under Federal Rule of Civil Procedure 26(a)(2). The United States reasserted its objection in subsequent correspondence.

1  4. On April 25, 2008, Plaintiffs served their Supplemental Disclosures Pursuant to Rule 26(a)(2), disclosing fifteen treating physicians on whose opinion testimony Plaintiffs may rely at trial.

5. On April 30, 2008, Plaintiffs noticed a motion to enlarge time with respect to their supplemental disclosures in light of the objections of the United States.

6. On April 30, 2008, the United States served their Rule 26(a)(2) Expert Disclosures, including a summary report by Dr. Mark Mills.  The United States informed Plaintiffs that Dr. Mills's complete report would be served on or before May 2, 2008..

7. On May 1, 2008, Plaintiffs objected to the United States presenting testimony of Dr. Mills at trial on the basis that his report was not in compliance with Rule 26(a)(2)(A).

8. On May 1, 2008, the United States served Dr. Mills's complete report.

9. The parties have met and conferred with respect to these discovery disputes.  Without waiving the validity of their respective objections and positions, the parties believe that it is in the parties' and the Court's interests to avoid further litigating these disputes.

10. The parties have also met and conferred with respect to scheduling depositions of the parties' disclosed experts.  Based upon the present schedules of counsel, it is unlikely that all of the depositions will be completed by June 30, 2008 despite the good faith efforts of the parties.

**Stipulation**

Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

1. Plaintiffs' Supplemental Disclosures Pursuant to Rule 26(a)(2) served on April 25, 2008 shall be deemed timely under the Court's Pretrial Scheduling Order, as amended;

2. Plaintiffs shall withdraw their Motion to Enlarge Time filed on April 30, 2008;

3. The United States Rule 26(a)(2) Expert Disclosures, including Dr. Mark Mills's May 1, 2008 expert report, shall be deemed timely under the Court's Pretrial Scheduling Order, as amended;

4. The United States shall not object to Plaintiffs' production of a rebuttal report to Dr. Mark Mills's report on the grounds that it is not timely under Rule 26(a)(2)(C)(ii).  The United States does not waive and expressly reserves the right to object to any opinions expressed by Plaintiffs' rebuttal expert, including that those opinions do not properly fall within Rule 26(a)(2)(C)(ii) or otherwise are opinions which Plaintiffs were obligated to have disclosed with their Rule 26(a)(2)

1  Disclosures produced on March 30, 2008; and

2      5.    The date to complete the depositions of all disclosed experts shall be continued from
3  June 30, 2008 to **July 31, 2008**.  **All remaining discovery shall be completed by June 30, 2008**.

5  IT IS SO STIPULATED.

6  DATED: May 15, 2008                    McGREGOR W. SCOTT
                                              United States Attorney

8                                      By      */s/ Todd Pickles*
9                                                TODD A. PICKLES
                                              Assistant United States Attorney

10                                               Attorneys for Defendant
11                                               the United States of America

13 DATED: May 15, 2008                      RAWLS & McNELIS PC

14                                     By      */s/ Joseph Callahan*
15                                               JOSEPH CALLAHAN

16                                               Attorneys for Plaintiffs
                                              Antoinette and Benjamin Lyden

**ORDER**

Having read and considered the parties' Stipulation Regarding Timeliness of Parties' Expert Disclosures, and for good cause showing, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Supplemental Disclosures Pursuant to Rule 26(a)(2) served on April 25, 2008 are deemed timely under this Court's Pretrial Scheduling Order, as amended;

2. Plaintiffs' Motion to Enlarge Time filed on April 30, 2008 is withdrawn as moot;

3. The United States Rule 26(a)(2) Expert Disclosures, including Dr. Mark Mills's May 1, 2008 expert report, are deemed timely under this Court's Pretrial Scheduling Order, as amended; and

4. The date to complete the depositions of all disclosed experts shall be CONTINUED from June 30, 2008 to July 31, 2008.  All remaining discovery shall be completed by June 30, 2008.

IT IS SO ORDERED.

Date: May 15, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE