1

2   Joseph P. Callahan
    Virginia State Bar No. 38056
3   John D. McChesney
    Virginia State Bar No. 44326
4   Rawls & McNelis, P.C.
5   1111 East Main Street, Suite 1701
    Richmond, VA 23219
6   (804) 344-0038
    (804) 782-0133 – Facsimile
7   Lead Counsel for Plaintiffs

8
    Daniel M. Hodes
9   California State Bar No. 101773
    Lopez, Hodes, Restaino, Milman & Skikos
10  9210 Irvine Center Drive
    Irvine CA 92618 (949) 640-8222
11  (949) 640-8294 – Facsimile
    Local Counsel for Plaintiffs

12

13                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
14

15  ANTOINETTE LYDEN and          )      Case No. 2:07-cv-01215-WBS-EFB
    BENJAMIN LYDEN,               )
16                                )
                                  )
          Plaintiffs,             )
17                                )      **STIPULATION REGARDING**
                                  )      **TIMELINESS OF PLAINTIFFS'**
18     v.                         )      **PRETRIAL STATEMENT**
                                  )
19  UNITED STATES OF AMERICA      )
                                  )
20          Defendant.            )

21

22        Plaintiffs Antoinette Lyden and Benjamin Lyden and Defendant United States of

23  America, through their respective counsel, hereby submit a stipulation that the Plaintiffs'

24  Pretrial Statement, due to be filed Monday, August 11, 2008, shall be deemed timely filed if

25  the Plaintiffs file it with the court on August 13, 2008.

26        IT IS SO STIPULATED.

                                        1

1

2      DATED:        August 13, 2008              RAWLS & McNELIS, PC

3

4                                        By      /s/ John D. McChesney
                                                 JOHN D. McCHESNEY
5
                                                 Attorneys for Plaintiffs
6                                                Antoinette and Benjamin Lyden

7

8      DATED:        August 13, 2008              McGREGOR W. SCOTT
                                                 United States Attorney
9

10                                       By      /s/ Todd A. Pickles
                                                 TODD A. PICKLES
11                                               Assistant United States Attorney

12                                               Attorneys for Defendant
                                                 The United States of America
13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2                                    **ORDER**

3          Having read and considered the parties' Stipulation Regarding Timeliness of

4   Plaintiffs' Pretrial Statement, and for good cause showing, IT IS HEREBY ORDERED

5   THAT the Plaintiffs' Pretrial Statement, filed August 13, 2008, shall be considered timely

6   filed.

7
           IT IS SO ORDERED.
8

9
    Date:   August 14, 2008
10

11                                                                    _____
                                            WILLIAM B. SHUBB
12                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3