John D. McChesney
Virginia State Bar No. 44326
Rawls & McNelis, P.C.
1111 East Main Street, Suite 1701
Richmond, VA 23219
(804) 344-0038
(804) 782-0133 – Facsimile
Lead Counsel for Plaintiffs

Daniel M. Hodes
California State Bar No. 101773
Lopez, Hodes, Restaino, Milman & Skikos
9210 Irvine Center Drive
Irvine CA 92618 (949) 640-8222
(949) 640-8294 – Facsimile

Local Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE LYDEN and BENJAMIN LYDEN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | Case No. 2:07-cv-01215-WBS-EFB <br><br><br> **ORDER** |

Having read and considered the Plaintiffs' Request for Telephonic Appearance and observing that the Defendant has no objection to this request, and for good cause showing, **IT IS HEREBY ORDERED** that the Plaintiffs' Request for Telephonic Appearance is granted. Plaintiffs' counsel may participate by telephone in the hearing to be held at 2:00 p.m. on September 29, 2008 to argue the Defendant's Motion for Partial Summary Judgment on Plaintiff's Claim for Economic Damages.

**It is so ORDERED**.

DATED:   September 15, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE