McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
KELLI L. TAYLOR
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2766
Facsimile:  (916) 554-2900
Email: todd.pickles@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE LYDEN, and BENJAMIN LYDEN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | Case No. 2:07-cv-01215-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the terms of a written compromise settlement and release of federal tort claims act claims under 28 U.S.C. § 2677, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Eastern District of California, the parties hereby stipulate that the above-captioned action by Plaintiffs Antoinette and Benjamin Lyden against Defendant the United States of America shall be dismissed <u>with prejudice</u>, and that each party shall bear their own costs and fees.

IT IS SO STIPULATED.

///

///

STIPULATION &  [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE                              1

| | | |
|---|---|---|
| 1 | DATED: October 27, 2008 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | By:  */s/ Todd A. Pickles*<br>TODD A. PICKLES<br>Assistant United States Attorney |
| 4 | | |
| 5 | | Attorneys for the United States of America |
| 6 | DATED: October 27, 2008 | RAWLS & McNELIS PC |
| 7 | | |
| 8 | | By:  */s/ Joseph Callahan*<br>JOSEPH CALLAHAN |
| 9 | | Attorneys for Plaintiffs Antoinette and Benjamin Lyden |

### ORDER OF DISMISSAL

IT IS HEREBY ORDERED THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and for good cause showing, this case is DISMISSED WITH PREJUDICE. Each party shall bear their own costs and fees. The clerk of the Court shall close the file.

IT IS SO ORDERED.

Date: October 28, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE